UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LAMONT WASHINGTON,

      Plaintiff,

vs.

      Case No. 3:17-cv-341

MONTGOMERY COUNTY COMMON,
PLEAS COURT DOMESTIC RELATIONS
DIVISION, *ET AL*,

      District Judge Walter H. Rice
      Magistrate Judge Michael J. Newman

      Defendants

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael
J. Newman (Doc. #5), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting
that no objections have been filed thereto and that the time for filing such objections under Fed.
R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. Accordingly,
this case is hereby **DISMISSED** and is **CLOSED** on the Court's docket.

      **IT IS SO ORDERED.**

Date:   11-20-17

                        Walter H. Rice
                        United States District Judge